United States District Court for the Western District of Tennessee

**UNITED STATES of AMERICA**

Plaintiff,

vs.  Cr. No.: 04-10028-T

**GARY LEE DELANEY,**

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that **Gary Lee Delaney**, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgement entered in this action. Defendant was sentenced April 8, 2005.

J. Patten Brown, III
Assistant Federal Defender
Attorney for **Gary Lee Delaney**

Address: **200 Jefferson Avenue**
**Suite 200**
**Memphis, TN 38103**

cc: Opposing Counsel x
    Court of Appeals x

Date: August 11, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 1:04-CR-10028 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT